FormCACB 105 (AO:finmgtnotice)
(10/05)

# United States Bankruptcy Court
# Central District Of California

**1415 State Street, Santa Barbara, CA 93101–2511**

# NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT
# (Official Form 23)

**DEBTOR(S) INFORMATION:**
Kenneth W Sterling Sr.
**SSN:** xxx–xx–6288
**EIN:** N/A

POB 90105
Santa Barbara, CA 93190

**BANKRUPTCY NO.** 9:07–bk–11119–RR
**CHAPTER** 7

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Rule 1007(b)(7) of the Interim Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23)* as described in 11 U.S.C. § 111.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that Official Form 23 must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 23 within 45 days after the first date set for the meeting of creditors under § 341. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

This is **not** the same form as the Certificate of Credit Counseling that you may have filed at the beginning of your case. This is a **different** form. A copy of the Official Form 23 is included with this notice. Additional copies of the Official Form 23 can be obtained at www.cacb.uscourts.gov.

Dated: August 10, 2007

BY THE COURT,
**Jon D. Ceretto**
Clerk of Court

*NOTE: Official Interim Form 23 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 13 and chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Interim Rule 1007(b)(7).

# THE OFFICIAL FORM 23 IS ATTACHED

**THIS PAGE IS LEFT BLANK INTENTIONALLY**

Form B23 (Official Form 23) – (10/06)                                                                 2006 USBC, Central District of California

**United States Bankruptcy Court**
**Central District Of California**

In re:
Kenneth W Sterling Sr.

CHAPTER NO.: 7

Debtor(s).

CASE NO.: 9:07–bk–11119–RR

# DEBTOR'S CERTIFICATION OF COMPLETION
# OF INSTRUCTIONAL COURSE CONCERNING
# PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification.   Complete one of the following statement and file by the deadline stated below:*

☐  I,_____, the debtor in the above–styled case hereby certify that on
         *(Print Name of Debtor)*

_____. I completed an instructional course in personal financial management provided by
       *(Date)*

_____, and approved personal financial management instruction provider.
       *(Name of Provider)*

         Certification No.: _____

☐  I,_____, the debtor in the above–styled case hereby certify that no
         *(Printed Name of Debtor)*

personal financial management course is required because:

         *[Check the appropriate box.]*

         ☐     Incapacitated or disablility, as defined in 11 U.S.C. § 109(h);

         ☐     Active military duty in a military combat zone; or

         ☐     Residence in a district in which the United States trustee (or bankruptcy administrator)
               has determined that the approved instructional courses are not adequate at this time to
               serve the additional individuals who would otherwise be required to complete such
               courses.

Date _____         Signature _____
                                                            *Debtor*

*Instructions: Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do **NOT inlcude with the petition when filing your case.***

***Filing Deadlines:** In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (see Fed. R. Bankr. P. 1007(c).)*