Form B18 (Official Form 18)
(10/05)

# United States Bankruptcy Court
# Central District Of California

**1415 State Street, Santa Barbara, CA 93101−2511**

# DISCHARGE OF DEBTOR
# IN A CHAPTER 7 CASE

**DEBTOR(S) INFORMATION:**　　　　　　　　　　　　**BANKRUPTCY NO.** 9:07−bk−11119−RR
Kenneth W Sterling Sr.　　　　　　　　　　　　　　**CHAPTER** 7
**SSN:** xxx−xx−6288
**EIN:** N/A

POB 90105
Santa Barbara, CA 93190

---

　　　It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT,

Dated: November 20, 2007　　　　　　　　　　　　　　　　**Jon D. Ceretto**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

(Form rev. 10/05) VAN−30　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　10/ KRU

FORM B18 continued
(1/98)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loads form these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0973-9              User: krustC                 Page 1 of 1              Date Rcvd: Nov 20, 2007
Case: 07-11119                    Form ID: b18                 Total Served: 27

The following entities were served by first class mail on Nov 22, 2007.
 db          +Kenneth W Sterling, Sr.,    POB 90105,    Santa Barbara, CA 93190-0105
 aty         +David Commons,    DB Commons & Associates,    5901 Encina Road  B3,    Goleta, CA 93117-2271
 tr          +David Farmer,    P.O. Box 1443,    San Luis Obispo, CA 93406-1443
 smg         +County Assessor,    County Government Center, Room 100,    San Luis Obispo, CA 93408-0001
 smg         +County Tax Collector,    P.O. Box 357,    Santa Barbara, CA 93102-0357
 smg          Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA  94280-0001
 smg          Ventura CountyTax Collector,    Attn: Bankruptcy,    800 South Victoria Ave,
               Ventura, CA  93009-1290
 ust         +United States Trustee (ND),    21051 Warner Center Lane, Suite 115,
               Woodland Hills, CA 91367-6550
19321590     +Cabela's Visa,    PO Box 82608,    Lincoln, NE 68501-2608
19321591     +Capital Mgmt,    726 Exchange St-700,    Buffalo, NY 14210-1494
19321594     +Creditors Interchange,    PO Box 2270,    Buffalo, NY 14240-2270
19321596     +Encyclopaedia Britannica,    PO Box 847900,    Boston, MA 02284-7900
19321597     +GEMB/JcPenney,    PO Box 960001,    Orlando, FL 32896-0001
19321598     +Home Depot,    PO Box 689100,    Des Moines, IA 50368-9100
19321599     +IC System,    PO Box 64887,    Saint Paul, MN 55164-0887
19321600     +Macy's,    PO Box 6938,    The Lakes, NV 88901-6938
19321602     +Retail Services,    PO Box 703,    Wood Dale, IL 60191-0703
19321603     +Sears,    PO Box 6924,    The Lakes, NV 88901-6924
19321604     +Shell Mastercard,    Citibank,    PO Box 6401,    The Lakes, NV 88901-6401
The following entities were served by electronic transmission on Nov 21, 2007.
 smg          EDI: CALTAX.COM Nov 21 2007 07:27:00      Franchise Tax Board,    ATTN: Bankruptcy,   P.O. Box 2952,
               Sacramento, CA  95812-2952
19321589     +EDI: AMEREXPR.COM Nov 21 2007 07:27:00      American Express,    PO Box 0001,
               Los Angeles, CA 90096-8000
19321592     +EDI: CAPITALONE.COM Nov 21 2007 07:24:00      Capital One,    PO Box 30285,
               Salt Lake City, UT 84130-0285
19321593     +EDI: CHASE.COM Nov 21 2007 07:26:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
19321595     +EDI: RCSDELL.COM Nov 21 2007 07:27:00      Dell Preferred,    DFS Acceptance,    PO Box 6403,
               Carol Stream, IL 60197-6403
19321601     +EDI: PHINPLAZA.COM Nov 21 2007 07:26:00      Plaza Associates,    JAF Station PO Box 2769,
               New York, NY 10116-2769
19321602     +EDI: HFC.COM Nov 21 2007 07:24:00      Retail Services,    PO Box 703,    Wood Dale, IL 60191-0703
19321603     +EDI: SEARS.COM Nov 21 2007 07:24:00      Sears,    PO Box 6924,    The Lakes, NV 88901-6924
19321606     +EDI: WTRWFNNB.COM Nov 21 2007 07:27:00      WFNNB-Eddie Bauer,    PO Box 659705,
               San Antonio, TX 78265-9705
19321605     +EDI: PROVID.COM Nov 21 2007 07:24:00      Washington Mutual,    PO Box 660509,
               Dallas, TX 75266-0509
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 22, 2007**              **Signature:** *Joseph Speetjens*